MORRIS R. HOROVITZ, Appellant, *v.* JOSEPH J. LACK, Respondent.

*Horovitz v. Lack,* 169 App. Div. 962, affirmed.
(Submitted December 7, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1915, modifying and affirming as modified a judgment in favor of defendant entered upon a verdict. The action was brought to recover the sum of $900 alleged to have been procured by the defendant

from the plaintiff by false and fraudulent representations. It was alleged that in a transaction relating to an exchange of real estate between this plaintiff and one Gumberg, this defendant was one of the brokers who brought about the transaction; that the defendant falsely and fraudulently represented that he, the defendant, would be compelled to pay that sum to Gumberg's wife as a considerations for having her join in a deed with her husband to the plaintiff; that induced by such representations and relying thereupon, the plaintiff gave to the defendant his check for $900 for that purpose; that the representations were false and untrue and that the moneys were never paid over to the wife of Gumberg but were retained by the defendant. The answer was a general denial.

*Bernard I. Kamen* and *Frederick R. Ryan* for appellant.
*Hugo Hirsh, Emanuel Newman* and *Benjamin Reass* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.